**DISMISS and Opinion Filed August 27, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00556-CV

**ROSE CREEK TOWNHOME OWNER'S ASSOCIATION,
ALKA SHRESTHA, RANDY BARTLETT, CHRISTINA BARTLETT,
TENISHA JOHNSON, DEVONTE HARPER, WESLEY NUTE,
DAIQUARI WILSON, LUKE JOHNSON, SARAH JOHNSON,
MENAGERI VILLAVASSO, MATTHEW VILLAVASSO, SARAH AN,
CHARLES AN, DEVIN EATON, JONATHAN SMITH, JAMES BAGBY,
NAOKO BAGBY, MANUEL ORTIZ, ALICIA ORTIZ,
KIMIKA BANFIELD, KATHLEEN QUINN, AND JUSTIN WEI, Appellants
V.
AJ REAL ESTATE INVESTMENTS, LLC AND
ROSE CREEK TOWNHOMES, LLC, Appellees**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-24-03429**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Before the Court is the parties' agreed motion to dismiss the appeal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Pedersen, III//

240556f.p05

BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROSE CREEK TOWNHOME
OWNER'S ASSOCIATION, INC.,
ALKA SHRESTHA, RANDY
BARTLETT, CHRISTINA
BARTLETT, TENISHA JOHNSON,
DEVONTE HARPER, WESLEY
NUTE, DAIQUARI WILSON,
LUKE JOHNSON, SARAH
JOHNSON, MENAGERI
VILLAVASSO, MATTHEW
VILLAVASSO, SARAH AN,
CHARLES AN, DEVIN EATON,
JONATHAN SMITH, JAMES
BAGBY, NAOKO BAGBY,
MANUEL ORTIZ, ALICIA ORTIZ,
KIMIKA BANFIELD, KATHLEEN
QUINN, AND JUSTIN WEI,
Appellants

No. 05-24-00556-CV          V.

AJ REAL ESTATE
INVESTMENTS, LLC AND ROSE
CREEK TOWNHOMES, LLC,
Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-24-03429.
Opinion delivered by Justice
Pedersen, III. Justices Partida-
Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

–2–

Judgment entered this 27th day of August, 2024.